HENRI DE KERILLIS, Respondent, v. GENEVIEVE TABOUIS et al., Appellants. (Appeal No. 2.) — Action to recover damages for breach of contract and to impress a trust upon certain securities. Order denying defendants' motion to strike out certain allegations in the complaint, insofar as appealed from, affirmed, with $10 costs and disbursements. Order denying defendants' motion for a change of venue affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

FRANK DUNSTONE, Respondent, v. LUDLOW S. FOWLER, as Administrator of the Estate of ELSIE B. FOWLER, Deceased, Appellant. (Action No. 1.) NELLIE V. MORAN, as Administratrix of the Estate of JOSEPH F. MORAN, JR., Plaintiff, v. LUDLOW S. FOWLER, as Administrator of the Estate of ELSIE B. FOWLER, Deceased, Defendant. (Action No. 2.) JOSEPH F. MORAN, Respondent, v. LUDLOW S. FOWLER, as Administrator of the Estate of ELSIE B. FOWLER, Deceased, Appellant. (Action No. 3.) — The plaintiff in action No. 2 sues to recover damages for the wrongful death of her intestate, Joseph F. Moran, Jr., who was the owner and operator of an automobile which collided with defendant's automobile on the highway known as U. S. Route 17, at Ramapo, Rockland County. Plaintiffs in actions Nos. 1 and 3, who were passengers in the Moran automobile, sue to recover damages for personal injuries. The actions were consolidated and tried together. The jury rendered a verdict in favor of plaintiffs in actions Nos. 1 and 3, and in favor of defendant in action No. 2. Defendant appeals from the judgment entered in favor of plaintiffs in actions Nos. 1 and 3. Plaintiff in action No. 2 has not appealed. Judgment, insofar as appealed from, reversed on the facts and a new trial granted, with costs to appellant to abide the event. In our opinion the verdict in favor of respondents is against the weight of the credible evidence. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

HARRY C. DUTTON, as Executor of CARL ROEDELSPERGER, Deceased, Appellant, v. DANIEL MARCONE, Doing Business under the Name of PARK TAXI COMPANY, et al., Respondents.— Appeal by plaintiff from a judgment in favor of defendants, entered upon the verdict of a jury, in an action to recover damages for negligence causing the death of the plaintiff's testate. Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. In its main charge the court erroneously charged the jury as to the burden of proof upon the question of contributory negligence. While that charge was corrected upon requests to charge, the ultimate result was confusing. In our opinion, the finding implicit in the verdict of the jury that plaintiff's testate was guilty of contributory negligence or that the driver of the automobile involved in the accident was free from negligence is against the weight of the credible evidence. Close, P. J., Johnston and Aldrich, JJ., concur; Carswell and Lewis, JJ., dissent and vote to affirm.

GERTRUDE EDWARDS, Respondent, v. ANNA RALEIGH et al., Appellants.— Action to recover damages for personal injuries suffered as a consequence of plaintiff's falling on a worn rubber mat in the vestibule of defendants' dwelling. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.